## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

CLERK
DISTRICT OF NEW JERSEY
RECEIVED

2023 JAN ─── A 11: 03 (pnm)

| | |
|---|---|
| **MARK SMITH, N███████ J.**<br>**L███████ AND (AND ALL OTHERS**<br>**SIMILARLY SITUATED AS A CLASS**<br>**ACTION LAW SUIT),**<br><br><br>**Plaintiffs**<br><br><br>-against-<br><br>**BLOCK, INC. (formerly SQUARE,**<br>**INC., CASH-APP , SUTTON BANK and**<br>**GOOGLE *(PARENT COMPANY***<br>***ALPHABET INC.),***<br><br>*Defendant's.* | **Complaint**<br><br>Case No. _(TBA)_<br><br>**COMPLAINT** |

2023 JAN 23  P 12: 32
U.S. DISTRICT COURT
RECEIVED
CLERK
U.S. DISTRICT COURT
NEW JERSEY

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I.  **Plaintiffs:**

**Mark Smith**
**227 N. Vermont Ave.,**
**Suite 1403**
**Atlantic City, NJ 08401**
**(609) 782-2141**
lionhart5171@gmail.com
**Plaintiff Mark Smith sues as a private corporation (Trustee) of the**
**MARK TYRONE SMITH REVOCABLE TRUST COMPANY**

(b)  **N████  J. L████**
**130 S. Vermont Ave.**
**Apt. 1013**
**Atlantic City, NJ 08401**
**(609) 729-1053**
**lumumbakiongozi@gmail.com**

II.  **Defendants:**

(d)  **Square, Inc.**
(e)  **Cash-App**
(f)  **Sutton Bank**

III.  **Jurisdiction:**

Plaintiffs invoke and proceed under The Federal Equal Credit

Opportunity Act, The Consumer Credit Protection Act and all

applicable Federal Rights and constitutional law(s) that confer rights

upon the plaintiffs.

Plaintiffs also invoke diversity of citizenship as the basis for

jurisdiction in the United States District Court for the District of

New Jersey Vicinage of Newark.

IV.   **Statement of Claims:**

**On or about December 24, 2022 plaintiff Mark Smith "googled"[1]**

**information on the Google App[2]. For the telephone number of**

**Hewlett Packard ("hp") to rectify a printer error. Plaintiff Smiths**

**printer (a Hewlett Packer Laser-jet MFPm234dwe Printer) abruptly**

**ceased functioning and would not start. Plaintiff Smith then**

**attempted to reach the Hewlett Packer printer company to rectify**

**the matter. Plaintiff had a two (2) year warranty on the product,**

**which he had only purchased four (4) months earlier. The telephone**

**number listed on Google was actually a bogus website masquerading**

**as a Hewlett Packard company. The contact actions which were**

**facilitated by Google absent due diligence to confirm the identity of**

**the supposed Hewlett Packer company commenced the fraud**

**perpetrated against plaintiff Smith.**

---

[1] Google being a popular search engine where users seek out information

[2] Digital Application

Plaintiff Smith was then duped into downloading a Hewlett Packer app from the Google Play Store[3]. The fraudsters then proceeded to use the fake Hewlett Packer app to enter the plaintiffs Cash App site and steal $276.00 U.S. Dollars. Plaintiff within seconds reported this apparent theft and fraud to the Cash App defendant. Plaintiff advised the Cash App defendant that he had his cash app bank card locked, which should have prevented any cash withdrawals or transfers from his cash app account. Similarly, plaintiff Smith contacted the Hewlett Packer company and reported the apparent fraud. The Hewlett Packer company immediately contacted defendants Cash-App, Block, Inc. (formerly Square, Inc.) and Sutton Bank to stop or retrieve the funds illegally pirated from plaintiff Smiths Cash-App account. These defendants refused to refund plaintiff Smith in spite of the fact that they were able to confirm that he was defrauded through no fault of his own.

---

[3] This app had the appearance of being a legitimate Hewlett Packer website with even the addition of the world known Hewlett Packer Trademark symbol prominently displayed on the Google Play Store website.

Next, plaintiff N███████ J. L████████ suffered financial and emotional injury when all of the named defendants violated her Federal rights under the Federal Equal Credit Opportunity Act, The Consumer Credit Protection Act and her equal protection rights und the United States Constitution. On or about November 25, 2022 defendant Cash-App suspended plaintiff Lumumba' cash-app account while it had a positive balance of $60.00 (sixty dollars U.S. currency). Plaintiff N██████ J. L████████ used the cash-app account under the supervision of her father Kiongozi G. Lumumba, who regularly funded the account for personal and emergency matters that could adversely impact the safety and security of his daughter plaintiff N██████ J. L███████. Plaintiff N██████ J. L█████ requested through her fatherthat her Cash-App be reinstated or alternatively that the account be closed and the balance of her account be remitted to her at once. Defendant Cash-App refused to reinstate her account, close her account or provide her with a refund of the balance remaining in the account.

---

[44] Plaintiff N█████ J. L████ is a minor D.O.B. ████████

Defendant Cash-App was then contacted by her parent Kiongozi G. Lumumba who advised Cash-App that they did not have the right to seize her funds, first without due process and second, without , Inc. equitable rights to plaintiffs' money.

Plaintiff N███████ J. L███████ then contacted defendant Block, Inc., the parent company of Cash-App and Sutton Bank to advise these defendants that their subsidiary Cash-App had illegally seized her funds and that there was no legal judgment by any Court of competent jurisdiction permitting the seizure. To date none of the defendants have returned plaintiff Lumumba' assets, essentially confiscating or otherwise stealing her rightful money.

At such a young and impressionable age plaintiff N███████ L███████ has suffered significant harm emotionally. She was exposed to a time period where she was forced to go unprotected by not having her rightful funds available for an Uber ride at 11:00 PM on the evening of December 4th, 2022.

## V. Relief

Plaintiff seeks a monetary award in the amount of $20,000,000.00 from

defendant Cash-App;

Plaintiff seeks a monetary award in the amount of $20,000,000.00 from

defendant Block, Inc. (formerly Square, Inc.);

Plaintiff seeks a monetary award in the amount of $20,000,000.00 from

defendant Sutton Bank;

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 31, 2022.

Printed Name of Plaintiff

_____MARK Smith_____

Signature of Plaintiff

_____Mark Smith_____

Printed Name of Plaintiff

_____N███████ J. L███████_____

Signature of Plaintiff

_____████████ ████_____