IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MARK SMITH,<br><br>          Plaintiff,<br><br>   v.<br><br>BLOCK, INC., et al.,<br><br>          Defendants. | Civil No. 23-381-KMW-MJS |

## ORDER OF DISMISSAL

It appearing to the Court that the above case having been pending more than ninety (90) days without any proceeding having been taken therein, and no objection having been entered either in writing or at a call of the calendar on February 27, 2024,

IT IS on this **6th** day of **March, 2024**, hereby

**ORDERED** that this case be and the same hereby is **DISMISSED** in accordance with Federal Rule of Civil Procedure 4(m), without prejudice and without costs to either party.

/s/Karen M. Williams
KAREN M. WILLIAMS
United States District Judge